# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLANNA WARREN,
　　　　　　　　Appellant,
　　　vs.
ALANA SAULTS; AND STEVEN SAULTS,
　　　　　　　　Respondents.

No. 83068

FILED

SEP 2 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

　　　　This is a pro se appeal from a district court order affirming a judgment of the justice court. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

　　　　Review of the notice of appeal and documents before this court reveals a jurisdictional defect. Appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, this court lacks jurisdiction to consider this appeal, and

　　　　ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-27217

cc: Hon. David A. Hardy, District Judge
Allanna Warren
Alana Saults
Steven Saults
Washoe District Court Clerk